| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>Michael Baum SBN 65158<br>RESCH POLSTER & BERGER LLP<br>1840 CENTURY PARK EAST 17TH FL.<br>LOS ANGELES CA 90067<br>ATTORNEY FOR    Plaintiff | TELEPHONE NUMBER<br>(310) 277-8300<br><br>Ref. No. or File No.<br>4729-00769 | FOR COURT USE ONLY |
|---|---|---|
| UNITED STATES DISTRICT COURT - CENTRAL DISTRICT FILING, LOS ANGELES<br>312 N Spring St. Rm. G-8<br>Los Angeles, CA 90012 | | |
| SHORT TITLE OF CASE:<br>Fabric Selection, Inc. v. Zulily LLC | | |
| INVOICE NO.    DATE:    TIME:    DEP./DIV.<br>1740713-01 | | CASE NUMBER:<br>2:17-cv-06102-CAS (FFMx) |

United States District Court

Declaration of Service

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

Summons on FAC; Amended Civil Cover Sheet; Amended Notice of Interested Parties; First Amended Complaint; Report on Filing of Action re Copyright; Notice of Assignment; Notice to Parties of Court-Directed ADR Program;

Umgee U.S.A., Inc., a California Corporation
 Boyng Ki Gi, Agent for Service

At: 500 S Anderson St
    Los Angeles, CA 90033

I served the party by substituted service. By leaving copies with:

Julia Cho

Whose title is: Accounting

On: 9/26/2017                    At: 04:20 PM

A declaration of mailing is attached

Person who served papers
 a. Name: Mark Feldman

CONTINUED ON NEXT PAGE

**Declaration of Service**

Billing Code: 4729-00769

| PLAINTIFF/PETITIONER: | Fabric Selection, Inc. | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | Zulily LLC | 2:17-cv-06102-CAS (FFMx) |

    b. Address: 1545 Wilshire Blvd. Suite 311, Los Angeles, CA 90017
    c. Telephone number: 213-628-6338
    d. The fee for this service was: 68.50
    e. I am:
    (3) [X] a registered CA process server:
        (i) [X] Independent Contractor
        (ii) Registration No.: 5996
        (iii) County: Los Angeles

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

10/3/2017

Mark Feldman             >   */s/ Mark Feldman*

**Declaration of Service**

Billing Code: 4729-00769

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>Michael Baum SBN 65158<br>RESCH POLSTER & BERGER LLP<br>1840 CENTURY PARK EAST 17TH FL.<br>LOS ANGELES CA 90067<br>ATTORNEY FOR     Plaintiff | TELEPHONE NUMBER<br>(310) 277-8300<br><br>Ref. No. or File No.<br>4729-00769 | FOR COURT USE ONLY |
|---|---|---|
| UNITED STATES DISTRICT COURT - CENTRAL DISTRICT FILING, LOS ANGELES<br>312 N Spring St. Rm. G-8<br>Los Angeles, CA 90012 | | |
| SHORT TITLE OF CASE:<br>Fabric Selection, Inc. v. Zulily LLC | | |

| INVOICE NO.<br>1740713-01 | DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>2:17-cv-06102-CAS (FFMx) |
|---|---|---|---|---|

United States District Court

Declaration of Service by Mail

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action.

On 10/03/2017, I served the within:

Summons on FAC; Amended Civil Cover Sheet; Amended Notice of Interested Parties; First Amended Complaint; Report on Filing of Action re Copyright; Notice of Assignment; Notice to Parties of Court-Directed ADR Program;

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail at: Los Angeles, California, addressed as follows:

Umgee U.S.A., Inc., a California Corporation
500 S Anderson St
Los Angeles, CA 90033

Declarant:
   a. Name: Milanie Lansangan
   b. Address: 1545 Wilshire Blvd. Suite 311, Los Angeles, CA 90017
   c. Telephone number: 213-628-6338
   d. The fee for this service was: 68.50
   e. I am:
(3) [X] a registered California process server:
      (i) [X] Employee
      (ii) Registration No.:
      (iii) County: Los Angeles

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in

CONTINUED ON NEXT PAGE

**Declaration of Service by Mail**

Billing Code: 4729-00769

| PLAINTIFF/PETITIONER: | Fabric Selection, Inc. | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | Zulily LLC | 2:17-cv-06102-CAS (FFMx) |

the return of service and statement of fees is true and correct.

10/3/2017

Milanie Lansangan

**Declaration of Service by Mail**

Billing Code: 4729-00769