1   MICHAEL C. BAUM (SBN 65158)
    E-Mail: mbaum@rpblaw.com
2   ANDREW V. JABLON (SBN 199083)
    E-Mail: ajablon@rpblaw.com
3   STACEY N. KNOX (SBN 192966)
    E-Mail: sknox@rpblaw.com
4   RESCH POLSTER & BERGER LLP
    1840 Century Park East, 17th Floor
5   Los Angeles, California 90067
    Telephone: 310-277-8300
6   Facsimile: 310-552-3209

7   Attorneys for Plaintiff Fabric Selection, Inc.

8                  **UNITED STATES DISTRICT COURT**

9       **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

10

11  FABRIC SELECTION, INC., a          Case No. 2:17-cv-06102-CAS (FFMx)
    California corporation,
12                                     **APPLICATION FOR ENTRY OF**
                  Plaintiff,           **DEFAULT AGAINST DEFENDANT**
13                                     **BUY IN AMERICA, INC.;**
           vs.                         **DECLARATION OF STACEY N.**
14                                     **KNOX**
    ZULILY LLC, a Delaware limited
15  liability company; BUY IN AMERICA, Trial Date:        None Set
    INC., a California corporation;
16  MODERATO, INC., a California
    corporation; YANAGI TRADING,
17  LLC, a Texas limited liability company;
    UMGEE, U.S.A., INC., a California
18  corporation; ASIS FASHION, INC., a
    California corporation; and DOES 1
19  through 10, Inclusive,

20                Defendants.

21

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

585971.1

To the Clerk of the United States District Court for the Central District of California:

As provided by Rule 55 of the Federal Rules of Civil Procedure, Plaintiff Fabric Selection, Inc. requests that the Clerk enter the default of the following Defendant for failure to plead or otherwise defend against this action in a timely manner:

**Name of Defendant: Buy In America, Inc.**

1.      As evidenced by the proof of service on file with this Court, the above-named Defendant was served with Plaintiff's First Amended Complaint (the "FAC") pursuant to Rule 4 of the Federal Rules of Civil Procedure on September 28, 2017.

2.      The applicable last day for the above-named Defendant to appear or otherwise respond to the FAC was October 19, 2017.

3.      The above-named Defendant has failed to plead or otherwise respond to the complaint.

This request is based on the points set forth above and the attached Declaration of Stacey N. Knox.

Dated: October 23, 2017                 RESCH POLSTER & BERGER LLP

By:     _____/S/ Stacey N. Knox_____
                    STACEY N. KNOX
        Attorneys for Plaintiff Fabric Selection, Inc.

585971.1                                                    2

## DECLARATION OF STACEY N. KNOX

I, Stacey N. Knox, declare as follows:

1.     I am an associate with Resch Polster & Berger, counsel for the Plaintiff in this action, Fabric Selection, Inc., and I am one of the attorneys responsible for this matter.  I have personal knowledge of the matters set forth herein, either as a direct participant in the matters described, or in my capacity as one of the attorneys responsible for the handling of this case on behalf of RPB.  As to those matters, my knowledge is based upon a review of the files maintained by RPB in its regular course of business.  I am familiar with the manner in which those files are created and maintained.  If called as a witness, I could and would testify competently to the fact set forth herein.

2.     My office caused Defendant Buy In America, Inc. to be served with Plaintiff's First Amended Complaint (the "FAC") pursuant to Rule 4 of the Federal Rules of Civil Procedure on September 28, 2017, as evidenced by the proof of service on file with this Court, a true and correct copy of which is attached hereto as Exhibit A.

3.     Under Rule 12, Defendant Buy In America, Inc. was thus required to plead or otherwise respond to the FAC by October 19, 2017. The time to plead or otherwise respond to the complaint has not been extended by any agreement of the parties or any order of the Court.

4.     Defendant Buy In America, Inc. has failed to serve or file a pleading or otherwise respond to the FAC. The applicable time limit for responding to the complaint has expired.

5.     I am informed and believe that Defendant Buy In America, Inc. is not a minor or an incompetent person.

/ / /

/ / /

/ / /

585971.1

3

1    6.    I am informed and believe that Defendant Buy In America, Inc. is not

2    currently in the military service, and therefore the Servicemembers Civil Relief Act

3    does not apply.

4    I declare under penalty of perjury that the foregoing is true and correct.

5    Executed October 23, 2017, in Los Angeles, California.

6

7

8                                                    _/S/ Stacey N. Knox_
                                                     Stacey N. Knox

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Michael Baum SBN 65158<br>RESCH POLSTER & BERGER LLP<br>1840 CENTURY PARK EAST 17TH FL.<br>LOS ANGELES CA 90067<br>ATTORNEY FOR    Plaintiff | (310) 277-8300<br><br>Ref. No. or File No.<br>4729-00769 | |

UNITED STATES DISTRICT COURT - CENTRAL DISTRICT FILING, LOS ANGELES
312 N Spring St. Rm. G-8
Los Angeles, CA 90012

SHORT TITLE OF CASE:
Fabric Selection, Inc. v. Zulily LLC

| INVOICE NO.<br>1741996-01 | DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>2:17-cv-06102-CAS (FFMx) |
|---|---|---|---|---|

United States District Court

Declaration of Service

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

Summons on First Amended Complaint; First Amended Complaint; Amended Civil Case Sheet; Amended Notice of Interested Parties;

On: Buy In America, Inc., a California corporation

At: 1530 E 16th St
    Los Angeles, CA 90021

In the above mentioned action by personally serving to and leaving with

Mojgan Sedghi

Whose title is: Registered Agent

On: 9/28/2017                         At: 10:13 AM

CONTINUED ON NEXT PAGE

**Declaration of Service**

Billing Code: 4729-00769

| PLAINTIFF/PETITIONER: | Fabric Selection, Inc. | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | Zulily LLC | 2:17-cv-06102-CAS (FFMx) |

Person who served papers
   a. Name: Bernard Richards
   b. Address: 1545 Wilshire Blvd. Suite 311, Los Angeles, CA 90017
   c. Telephone number: 213-628-6338
   d. The fee for this service was: 65.00
   e. I am:
   (3) [X] a registered CA process server:
      (i) [X] Employee
      (ii) Registration No.: 2017086466
      (iii) County: Los Angeles

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

9/28/2017

Bernard Richards

**Declaration of Service**

Billing Code: 4729-00769

# Service/Waivers of Summons and Complaints :

[2:17-cv-06102-CAS-FFM Fabric Selection, Inc. v. Zulily LLC et al](#)

ACCO,(FFMx),AO121,DISCOVERY,MANADR

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered by Baum, Michael on 10/10/2017 at 3:16 PM PDT and filed on 10/10/2017

| | |
|---|---|
| **Case Name:** | Fabric Selection, Inc. v. Zulily LLC et al |
| **Case Number:** | [2:17-cv-06102-CAS-FFM](#) |
| **Filer:** | Fabric Selection, Inc. |
| **Document Number:** | [20](#) |

**Docket Text:**
**PROOF OF SERVICE Executed by Plaintiff Fabric Selection, Inc., upon Defendant Buy In America, Inc. served on 9/28/2017, answer due 10/19/2017. Service of the Summons and Complaint were executed upon Mojgan Sedghi, Registered Agent in compliance with Federal Rules of Civil Procedure by service on a domestic corporation, unincorporated association, or public entity.Original Summons NOT returned. (Baum, Michael)**

**2:17-cv-06102-CAS-FFM Notice has been electronically mailed to:**

Andrew V Jablon    ajablon@rpblaw.com, mlynch@rpblaw.com

Michael Charles Baum    mbaum@rpblaw.com, nrahman@rpblaw.com, sknox@rpblaw.com

Stacey N Knox    sknox@rpblaw.com, nrahman@rpblaw.com

**2:17-cv-06102-CAS-FFM Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\Fabric v Zulily - POS of FAC on Buy in Am.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=10/10/2017] [FileNumber=24351815-0] [34287539582999e3424b9749ad7b50ce1a31d221369bbdd20cb6a128fed900fe6c f0f77fc486eaaa462d5cf63644696a7e9f282f58db78f31e402ce9613f6bae]]

**PROOF OF SERVICE**

**Fabric Selection, Inc. v Zulily LLC, et al.**
**Case No. 2:17-cv-06102-CAS-FFM**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1840 Century Park East, 17th Floor, Los Angeles, CA 90067.

On October 23, 2017, I served true copies of the following document(s) described as **APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT BUY IN AMERICA, INC.; DECLARATION OF STACEY N. KNOX** on the below interested parties in this action as follows:

| | |
|---|---|
| Thomas Burke | Attorney for Defendant Zulily LLC |
| GERARD FOX LAW, P.C. | |
| 1880 Century Park East, Suite 1410 | Telephone: (310) 441-0500 |
| Los Angeles, CA 90067 | Facsimile: (310) 441-4447 |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

On October 23, 2017, I also served true copies of the following document(s) described as **APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT BUY IN AMERICA, INC.; DECLARATION OF STACEY N. KNOX** on the below interested parties in this action as follows:

| | |
|---|---|
| Shigekazu Tateno | Agent for Service of Process for |
| 6304 Villa Road | Defendant Yanagi Trading, LLC |
| Dallas, TX 75252 | |
| | |
| Mojgan Sedghi | Agent for Service of Process for |
| Buy In America, Inc. | Defendant Buy In America, Inc. |
| 1530 E 16th Street | |
| Los Angeles, CA 90021 | |
| | |
| Sang Chung | Agent for Service of Process for |
| Moderato, Inc. | Defendant Moderato, Inc. |
| dba Listicle | |
| 768 Ceres Avenue | |
| Los Angeles, CA 90021 | |

585971.1

1

Selina Li Wang
Asis Fashion, Inc.
8920 Activity Road, Suite M
San Diego, CA  92126

Agent for Service of Process for
Defendant Asis Fashion, Inc.

**BY MAIL:**   I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with the practice of Resch Polster & Berger LLP for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.  I am a resident or employed in the county where the mailing occurred.  The envelope was placed in the mail at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 23, 2017, at Los Angeles, California.

_____
/s/ Nazia Rahman
Nazia Rahman

585971.1

2