MICHAEL C. BAUM (SBN 65158)
E-Mail: mbaum@rpblaw.com
ANDREW V. JABLON (SBN 199083)
E-Mail: ajablon@rpblaw.com
STACEY N. KNOX (SBN 192966)
E-Mail: sknox@rpblaw.com
RESCH POLSTER & BERGER LLP
1840 Century Park East, 17th Floor
Los Angeles, California 90067
Telephone: 310-277-8300
Facsimile: 310-552-3209

Attorneys for Plaintiff Fabric Selection, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FABRIC SELECTION, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ZULILY LLC, a Delaware limited liability company; BUY IN AMERICA, INC., a California corporation; MODERATO, INC., a California corporation; YANAGI TRADING, LLC, a Texas limited liability company; UMGEE, U.S.A., INC., a California corporation; FIRMIANA FASHION, INC., a California corporation; and DOES 1 through 10, Inclusive,<br><br>　　　　Defendants. | Case No. 2:17-cv-06102-CAS (FFMx)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION RE FILING SECOND AMENDED COMPLAINT**<br><br>*Filed concurrently with Stipulation re Filing Second Amended Complaint*<br><br>Judge:　　　Hon. Christina A. Snyder<br><br>Trial Date:　　November 27, 2018 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

599916.1

1

PURSUANT TO STIPULATION AND FOR GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that

1. Plaintiff shall be allowed to file the [Proposed] Second Amended Complaint, in accordance with Local Rule 15-1;

2. The previously named Defendants shall have 10 days from entry of any order granting the herein stipulation to file and serve their answers, if any, to the Second Amended Complaint; and

3. If the previously named Defendants do not elect to file an answer to the Second Amended Complaint, their answers to the First Amended Complaint shall be deemed their answers to the Second Amended Complaint.

DATED: _____, 2018

_____
Honorable Christina A. Snyder

# PROOF OF SERVICE

**Fabric Selection, Inc. v Zulily LLC, et al.**
**Case No. 2:17-cv-06102-CAS-FFM**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1840 Century Park East, 17th Floor, Los Angeles, CA 90067.

On January 25, 2018, I served true copies of the following document(s) described as **[PROPOSED] ORDER GRANTING STIPULATION RE FILING SECOND AMENDED COMPLAINT** on the interested parties in this action as follows:

| | |
|---|---|
| Morgan E. Pietz<br>mpietz@gerardfoxlaw.com<br>Timothy G. Lamoureux<br>tlamoureux@gerardfoxlaw.com<br>GERARD FOX LAW, P.C.<br>1880 Century Park East, Suite 1410<br>Los Angeles, CA 90067 | Attorneys for Defendants Zulily LLC and Buy in America, Inc. |
| S. Calvin Myung<br>scalvinmyunglaw@gmail.com<br>LAW OFFICES OF S. CALVIN MYUNG<br>3700 Wilshire Boulevard, Suite 500<br>Los Angeles, CA 90010 | Attorneys for Defendants Moderato, Inc. and Umgee U.S.A., Inc. |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 25, 2018, at Los Angeles, California.

/s/ Nazia Rahman
Nazia Rahman

599916.1